**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jose Castillo, | ) | No.  CIV 02-2043-PHX-DKD |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Gale A. Norton, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pending before the Court is Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgement (Third Request) (Doc. #61), filed September 30, 2005.  Upon good cause shown,

**IT IS ORDERED** granting Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgement (Doc. #61).  Plaintiff shall have up to and including October 31, 2005 to respond to Defendant's Motion for Summary Judgment.  Defendant's reply will be due as set forth in LRCiv 56.1(b).

DATED this 30th day of September, 2005.

David K. Duncan
United States Magistrate Judge