**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Castillo,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Gale A. Norton, Secretary, United States Department of the Interior,<br><br>　　　　　Defendant. | No. CIV 02-2043-PHX-DKD<br><br>**ORDER** |

On Defendant's Motion for a two-week extension of time, from November 15 to and including November 29, 2005, with which to file her Reply To Plaintiff's Response to Defendant's Motion for Partial Summary Judgment and Response to Plaintiff's Cross-Motion for Partial Summary Judgment,

Counsel for plaintiff having no objection to the granting of the requested extension, and good cause appearing for granting the requested extension,

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. The Motion is granted; and

2. Defendant shall have to and including November 29, 2005 within which to file and serve her Reply/Response.

DATED this 15th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge