**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Castillo,<br><br>            Plaintiff,<br><br>     v.<br><br>Gale A. Norton, Secretary, United States Department of the Interior,<br><br>            Defendant. | CIV 02-2043-PHX-DKD<br><br>**O R D E R** |

On the parties' Notice that they have settled this case and Request that the action be held in abeyance pending payment of the Settlement Amount,

Good cause appearing,

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. This case shall be held in abeyance pending payment of the Settlement Amount;

2. If the Settlement Amount has not been paid and the parties have not filed a stipulation to dismiss the case by April 21, 2006, the parties shall by that date report in writing to the Court on the status of the settlement.

DATED this 1st day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge