**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jose Castillo,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Gale A. Norton, Secretary, United States Department of the Interior,<br><br>　　　　　Defendant. | No. CIV 02-2043-PHX-DKD<br><br>**ORDER** |

Pending before the Court are Defendant's Motion for Partial Summary Judgment (Doc. #48) and Plaintiff's Cross Motion for Summary Judgment (Doc. #63). On March 1, 2006, the parties filed a Notice of Settlement (Doc. #75). Accordingly,

**IT IS HEREBY ORDERED** denying Defendant's Motion for Partial Summary Judgment (Doc. #48), as moot.

**IT IS FURTHER ORDERED** denying Plaintiff's Cross Motion for Summary Judgment (Doc. #63), as moot.

DATED this 30th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge