**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Castillo,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Gale A. Norton, Secretary, United States Department of the Interior,<br><br>　　　　　Defendant. | CIV 02-2043-PHX-DKD<br><br>**O R D E R** |

On the parties' Stipulation to the entry of an Order dismissing the Complaint and action with prejudice, the action having been settled,

Good cause appearing for dismissing the action,

**IT IS HEREBY ORDERED AND DECREED THAT** the Complaint and action are dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

DATED this 27th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge